Per Curiam.

(No. 75-CC-519—

Gale G. Short, Claimant, *vs.* State of Illinois, Respondent.

*Opinion filed January 2, 1975.*

Gale G. Short, Claimant, pro se.

William J. Scott, Attorney General; William E. Webber, Assistant Attorney General, for Respondent.

Per Curiam.